THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNN PACIFIC REFLECTION LLC, a Washington limited liability company, | AFFIDAVIT OF SERVICE |
| Plaintiff(s), | Civil Action No. 2:18-cv-06842-ODW-JPR |
| v. | SUMMONS IN A CIVIL ACTION |
| ASBJORN JOHNSEN, an individual; ODD WESTRUM, an individual; et el, | IN ADMIRALTY |
| Defendant(s). | CASE NO. 2:18-cv-06842 |
| | COMPLAINT (46 U.S.C. § 31343) |
| | CIVIL COVER SHEET (3 PAGES) |

To: Asbjorn Johnsen
142 Mountview Lane
Ethel, WA 98542

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF LEWIS     )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of 21 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 9:10 AM, on August 23, 2018, at 142 Mountview Lane, Ethel, Lewis County, Washington, I duly served the above-described documents in the above-described matter upon ASBJORN JOHNSEN, by then and there, personally delivering one (1) true and correct copy thereof into the hand of and leaving the same with ASBJORN JOHNSEN.

_____
Eric Duerst, SPS, LLC, Process Server ID# 01-02, Lewis County, WA

SUBSCRIBED AND SWORN to before me this 23rd day of August 2018

_____
Rebecca A. Duerst
NOTARY PUBLIC in and for the State
of Washington residing at Toledo, WA.
My commission expires: 09/19/21.