1. Lafcadio H. Darling (No. 205631)
2. Holmes Weddle & Barcott, P.C.
   999 Third Avenue, Suite 2600
   Seattle, Washington 98104
3. Telephone: (206) 292-8008
   Facsimile: (206) 340-0289
4. Email:ldarling@hwb-law.com
   Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNN PACIFIC REFLECTION LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ASBJORN JOHNSEN, an individual; ODD WESTRUM, an individual; GARY K. WIGGINS, an individual; CAPTAIN'S ADJUSTING SERVICES, INC., a Washington corporation; MAGONE MARINE SERVICE, INC., an Alaska corporation; MARINE ELECTRIC, INC., a Washington corporation; NORTH SEA REFRIGERATION INC., a Washington corporation; PROGRESSIVE FISHERIES L.L.C., a Washington limited liability company,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 2:18-cv-06842-ODW-JPR<br><br>DECLARATION OF ALEGRIA S. FORMAN IN SUPPORT OF PROOF OF SERVICE TO CAPTAIN'S ADJUSTING SERVICES, INC. |

DECLARATION OF ALEGRIA S. FORMAN
Gunn Pacific Reflection LLC v. Asbjorn
Johnsen, et al.   Page 1 of 3

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008  |  FAX (206) 340-0289

I, Alegria S. Forman, declare as follows:

1. I am over the age of 18, am competent to be a witness and make the following declaration based on my personal knowledge.

2. I am the legal assistant to Lafcadio H. Darling, counsel for Plaintiff, Gunn Pacific Reflection LLC, in this matter.

3. Defendant Captain's Adjusting Services, Inc. ("Captains"), an Oregon corporation, has failed to plead or otherwise defend this case and is in default.

4. We conducted an internet search for Captains and found no evidence that Captains was still an active company. We conducted a search through the Oregon Secretary of State and Westlaw Company Investigator Report and learned that Captains was involuntarily dissolved by the State of Oregon on April 29, 1994. Plaintiff submits its return receipt for Defendant Captains, attached hereto as Exhibit 1, in conformity with ORS 60.121(3)(b)(A). As part of Exhibit 1, we include copies of all materials sent to Captains. After reasonable diligence, consisting of our internet search and review of the Westlaw report, we have found no other address for Defendant Captains. See ORS 60.121(3)(b)(B).

DECLARATION OF ALEGRIA S. FORMAN
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.  Page 2 of 3

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008  |  FAX (206) 340-0289

5. We attempted to deliver a copy of the materials attached as Exhibit 1 to Captains by certified mail to the last known registered agent, Debra Chambers. The green card was signed by Diana Chambers, who called me to report that she had signed the green for her sister Debra, who had passed away March 1, 2008.

6. Plaintiff also submits evidence of proof of service in accordance with Fed. Civ. Rule 4 (h)(1)(A) on Defendant Captains by serving the Oregon Secretary of State. Attached are the return receipt, the copies of all materials sent to the Oregon Secretary of State, and the process service acknowledgment letter from the Oregon Secretary of State, Corporation Division in accordance with Oregon state law, ORS 60.121(2), and ORS 60.121(3)(a), as Exhibit 2.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 11th day of December, 2018.

_____
Alegria S. Forman, Legal Assistant

DECLARATION OF ALEGRIA S. FORMAN
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al. Page 3 of 3

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008 | FAX (206) 340-0289