# Exhibit 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:18-cv-06842-ODW-JPR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Captain's Adjusting Services, Inc., attention to Debra Chambers, Registered Agent

was received by me on *(date)*   8/14/18   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*. On 9/13/18, the Oregon Secretary of State, Corporation Division received via certified mail return receipt requested, copies of the summons, complaint, and civil coversheet for Defendant Captain's Adjusting Services, Inc., Attn: Debra Chambers, Registered Agent, in the above-mentioned action as demonstrated by the accompanying copies of which are attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/11/18

_____
*Server's signature*

Alegria S. Forman, Legal Assistant
*Printed name and title*

999 Third Avenue, Suite 2600, Seattle, WA 98104
*Server's address*

Additional information regarding attempted service, etc:

Exh. 2 to ASF Declaration, page 1 of 21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SECRETARY OF STATE
CORPORATION DIVISION —
PROCESS SERVICE
255 CAPITOL ST. NE STE. 151
SALEM, OR 97310

9590 9402 2951 7094 5148 16

2. Article Number (Transfer from service label)

7018 0680 0000 4446 2138

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee   $ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $   2.75

Postage   $ 1.63

Total Postage and Fees   $ 7.83

Sent To SECRETARY OF STATE
Street and Apt. No., or PO Box No. CORPORATION DIVISION PROCESS SERVICE
255 CAPITOL STREET NE STE. 151
City, State, ZIP+4® SALEM, OR 97310

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0000 4446 2138

LAW   OFFICES   OF

# HOLMES WEDDLE & BARCOTT

A PROFESSIONAL CORPORATION

Founded 1914

OVER A CENTURY OF SERVICE TO OUR CLIENTS

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

JOHN E. CASPERSON
EMAIL: *jcasperson@hwb-law.com*

September 10, 2018

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Secretary of State
Corporation Division – Process Service
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

Re:   *Gunn Pacific Reflection LLC v. Asbjorn Johnsen et al.*
       Case No. 2:18-cv-06842-ODW-JPR
       Our File No. 7073-31092

To Whom It May Concern:

Attached please find the summons and complaint along with the civil cover sheet filed in the above-referenced matter against Captain's Adjusting Services, Inc., an Oregon corporation, registry number 330441-81 along with your fee of $20.00.

Service of process against Defendant Captain's Adjusting Services, Inc. is being made upon you pursuant to ORS 60.121(2) as the defendant corporation has failed to maintain a registered agent in Oregon. Our office was unsuccessful in its attempt to send notice. Attached are copies of the summons and complaint along with the coversheet to be served to Captain's Adjusting Services, Inc. Also, please provide an acknowledgement of receipt of the service of process.

Thank you for your assistance and should you have any questions, do not hesitate to contact me at (206) 292-8008.

Regards,

John E. Casperson

Enclosures: Complaint, Civil Cover Sheet and Summonses (Conformed Copy)
            Check - $20 Fee

G:\7073\31092\Correspondence\JEC letter to OR SOS re Capt Adjusting Services P13608_2118.docx

ANCHORAGE OFFICE   701 WEST EIGHTH AVENUE, SUITE 700   ANCHORAGE, ALASKA 99501-3408   TELEPHONE (907) 274-0666   FAX (907) 277-4657



**Service of Process**

Secretary of State - Corporation Division / Process Service - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 - http://www.FilingInOregon.com
Phone: (503) 986-2200

---

The Secretary of State's role in the service of process is ministerial, and does not necessarily mean you have satisfied all of the law's requirements. Under some circumstances, such as domestic general partnerships, service with the Secretary may not be an option. You or your attorney should review the relevant business entity and ORCP statutes to determine proper before filing with our office.

In accordance with Oregon Revised Statute 192.410-192.490, all information on this form is publicly available, including addresses. We must release this information to all parties upon request.

Please Type or Print Legibly in **Black** Ink. Attach Additional Sheet if Necessary.

1) TYPE OF DOCUMENT: (Check the appropriate box)

[✓] Summons/Complaint     [ ] Small Claim & Notice of Small claim     [ ] Third-Party Summons     [ ] Trustee's Notice of Sale
[ ] Other

2) ENTITY SERVED:

Captain's Adjusting Services, Inc.

3) [✓] I HAVE ATTACHED A COPY OF THE SUMMONS.

4) CASE:

PLAINTIFF/S:                                     DEFENDANT/S:

Gunn Pacific Reflection LLC          ASBJORN JOHNSEN, ODD WESTRUM, GARY K. WIGGINS,

_____          CAPTAIN'S ADJUSTING SERVICES, INC., MAGONE MARINE

_____          SERVICE, INC., MARINE ELECTRIC, INC., NORTH SEA

_____          REFRIGERATION INC., PROGRESSIVE FISHERIES L.L.C.

_____

5) ATTORNEY NAME: Lafcadio H. Darling and John E. Casperson

6) ADDRESS: (Mailing address, city, state, zip)

999 Third Avenue, Suite 2600, Seattle, WA 98104

7) PERSON DELIVERING THE SERVICE:                    9) COURT: (What court was the case filed in.)

Alegria S. Forman                                    USDC Central District of California

8) HOW IS SERVICE OF PROCESS DELIVERED: (Check the appropriate box)    10) CASE / DOCKET NUMBER:

[ ] Hand Delivered   [✓] Certified Mail              2:18-cv-06842
[ ] Regular Mail     [ ] Unknown/Unclear

11) [✓] ALL OTHER REQUIRED ATTEMPTS TO SERVE THE BUSINESS OR ITS REGISTERED AGENT, HAVE BEEN UNSUCCESSFUL.

---

After accepting service of process, the Secretary of State records the information regarding the complaint in our database. The Secretary of State does not attempt to notify or contact the business identified in the complaint, or its registered agent regarding the complaint.

CONTACT NAME: (To resolve questions with this filing.)

Alegria S. Forman

PHONE NUMBER: (Include area code.)

(206) 292-8008

| FEES |
| --- |
| Required Processing Fee    $20 |
| Processing Fees are nonrefundable |
| Please make check payable to "Corporation Division." |

280 - Service of Process (01/10)

Exh. 2 to ASF Declaration, page 4 of 21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| GUNN PACIFIC REFLECTION LLC, a Washington limited liability company, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| ASBJORN JOHNSEN, see Attachment | ) ) |
| | ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:18-cv-06842-ODW-JPR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ASBJORN JOHNSEN, see Attachment 2 for additional defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lafcadio H. Darling
Holmes Weddle & Barcott, PC
999 Third Avenue, Suite 2600
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        08/14/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:18-cv-06842-ODW-JPR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

1. Lafcadio H. Darling (No. 205631)
   Holmes Weddle & Barcott, P.C.
2. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
3. Telephone: (206) 292-8008
   Facsimile: (206) 340-0289
4. Email:ldarling@hwb-law.com

5. Attorney for Plaintiff

6.

7.

8.

9.                THE UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
10.

11. GUNN PACIFIC REFLECTION LLC, a          IN ADMIRALTY
    Washington limited liability company,

12.                                          Case No. 2:18-cv-06842
                        Plaintiff,
13.                                          COMPLAINT (46 U.S.C. §
                                             31343)
        v.
14.

15. ASBJORN JOHNSEN, an individual;
    ODD WESTRUM, an individual; GARY
16. K. WIGGINS, an individual;
17. CAPTAIN'S ADJUSTING SERVICES,
    INC., a Washington corporation;
18. MAGONE MARINE SERVICE, INC., an
19. Alaska corporation; MARINE
    ELECTRIC, INC., a Washington
20. corporation; NORTH SEA
21. REFRIGERATION INC., a Washington
    corporation; PROGRESSIVE
22. FISHERIES L.L.C., a Washington limited
23. liability company,

24.                     Defendants.

25.                                          ATTACHMENT 1

26. COMPLAINT
    Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.
    Page 1 of 9

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008  |  FAX (206) 340-0289

Additional Defendants:

2.) Odd Westrum

3.) Gary K. Wiggins

4.) Captain's Adjusting Services, Inc.

5.) Magone Marine Service, Inc.

6.) Marine Electric, Inc.

7.) North Sea Refrigeration Inc.

8.) Progressive Fisheries L.L.C.

ATTACHMENT 2

Lafcadio H. Darling (No. 205631)
Holmes Weddle & Barcott, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:ldarling@hwb-law.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNN PACIFIC REFLECTION LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ASBJORN JOHNSEN, an individual; ODD WESTRUM, an individual; GARY K. WIGGINS, an individual; CAPTAIN'S ADJUSTING SERVICES, INC., a Washington corporation; MAGONE MARINE SERVICE, INC., an Alaska corporation; MARINE ELECTRIC, INC., a Washington corporation; NORTH SEA REFRIGERATION INC., a Washington corporation; PROGRESSIVE FISHERIES L.L.C., a Washington limited liability company,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 2:18-cv-06842<br><br>COMPLAINT (46 U.S.C. § 31343) |

COMPLAINT
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.
Page 1 of 9

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

COMES NOW the Plaintiff, Gunn Pacific Reflection LLC, by and through its attorneys, Holmes Weddle & Barcott, P.C., and complains against Defendants, Asbjorn Johnsen, et al., as set forth below.

### JURISDICTION

1.     Jurisdiction is based upon 28 U.S.C. § 1333, admiralty, and 28 U.S.C. § 1331, federal question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim within the meaning of Fed. R. Civ. P. 9(h).

2.     Gunn Pacific Reflection LLC ("Plaintiff") is the former owner of the vessel PACIFIC REFLECTION, Official Number 546106 ("Vessel") and Plaintiff has agreed to bring this action pursuant to the terms of its sale of the Vessel to its new owner.

3.     Plaintiff seeks a declaration that the Vessel is not subject to certain Notices of Claim of Maritime Lien or to the maritime liens asserted therein.

4.     The Vessel is currently located in Long Beach, California.

### COUNT I

### (Johnsen Claim)

5.     Asbjorn Johnsen ("Johnsen"), who alleges he was a crew member aboard the Vessel while it was under previous ownership of AKW

COMPLAINT
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.
Page 2 of 9

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008  |  FAX (206) 340-0289

Fisheries, Inc. ("AKW"), filed a Notice of Claim of Maritime Lien for $5,400 against the Vessel with the United States Coast Guard on January 14, 1994. Johnsen has had reasonable opportunity to pursue the claim, but has done nothing.

6.     After due investigation and in light of the passage of time, Plaintiff has been unable to ascertain the facts and circumstances relating to Johnsen's claim. Johnsen has unreasonably delayed in pursuing any claim held against the Vessel, and such delay continues to prejudice Plaintiff because the lien remains a cloud on the title to the Vessel and impairs the use and marketability of the Vessel. Accordingly, Johnsen's lien is barred by laches.

## COUNT II

### (Westrum Claim)

7.     Odd Westrum ("Westrum"), who alleges he was a crew member aboard the Vessel while it was under previous ownership of AKW, filed a Notice of Claim of Maritime Lien for $3,000 against the Vessel with the United States Coast Guard on February 2, 1994. Westrum has had opportunity to pursue the claim, but has done nothing.

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

8.      After due investigation and in light of the passage of time, Plaintiff

has been unable to ascertain the facts and circumstances relating to

Westrum's claim. Westrum has unreasonably delayed in pursuing any

claim held against the Vessel, and such delay continues to prejudice

Plaintiff because the lien remains a cloud on the title to the Vessel and

impairs the use and marketability of the Vessel. Accordingly, Westrum's

lien is barred by laches.

## COUNT III

### (Wiggins Claim)

9.      Gary K. Wiggins ("Wiggins"), who alleges he was a crew member

aboard the Vessel while it was under previous ownership of AKW, filed a

Notice of Claim of Maritime Lien, for $2,250 against the Vessel with the

United States Coast Guard on February 27, 1995. Wiggins has had

reasonable opportunity to pursue the claim, but has done nothing.

10.      After due investigation and in light of the passage of time, Plaintiff

has been unable to ascertain the facts and circumstances relating to

Wiggins' claim. Wiggins has unreasonably delayed in pursuing any claim

held against the Vessel, and such delay continues to prejudice Plaintiff

COMPLAINT
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.
Page 4 of 9

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

because the lien remains a cloud on the title to the Vessel and impairs the use and marketability of the Vessel. Accordingly, Wiggins's lien is barred by laches.

## COUNT IV

### (Captain's Adjusting Services, Inc. Claim)

11.    Captain's Adjusting Services, Inc. ("Captain") filed a Notice of Claim of Maritime Lien, for $746.12 plus interest against the Vessel with the United States Coast Guard on July 19, 1993. This lien was allegedly incurred while the Vessel was owned by AKW.  Captain has had reasonable opportunity to enforce the lien, but has done nothing.

12.    After due investigation and in light of the passage of time, Plaintiff has been unable to ascertain the facts and circumstances relating to Captain's claim. Captain has unreasonably delayed in pursuing any claim held against the Vessel, and such delay continues to prejudice Plaintiff because the lien remains a cloud on the title to the Vessel and impairs the use and marketability of the Vessel. Accordingly, Captain's lien is barred by laches.

COMPLAINT
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.
Page 5 of 9

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008  |  FAX (206) 340-0289

## COUNT V

### (Magone Marine Service, Inc.)

13.     Magone Marine Service, Inc. ("Magone") filed a Notice of Claim of Maritime Lien, for $2,393.410 against the Vessel with the United States Coast Guard on April 29, 1996. This lien was allegedly incurred while the Vessel was owned by AKW.  Magone has had reasonable opportunity to enforce the lien, but has done nothing.

14.     After due investigation and in light of the passage of time, Plaintiff has been unable to ascertain the facts and circumstances relating to Magone's claim.  Magone has unreasonably delayed in pursuing any claim held against the Vessel, and such delay continues to prejudice Plaintiff because the lien remains a cloud on the title to the Vessel and impairs the use and marketability of the Vessel. Accordingly, Magone's lien is barred by laches.

## COUNT VI

### (Marine Electric Inc. Claim)

15.     Marine Electric Inc. ("MEI") filed a Notice of Claim of Maritime Lien, for $5,343.85 against the Vessel with the United States Coast Guard

COMPLAINT
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.
Page 6 of 9

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008  |  FAX (206) 340-0289

on May 12, 1998. This lien was allegedly incurred while the Vessel was owned by AKW. MEI has had reasonable opportunity to enforce the lien, but has done nothing to pursue its lien.

16.     After due investigation and in light of the passage of time, Plaintiff has been unable to ascertain the facts and circumstances relating to MEI's claim. MEI has unreasonably delayed in pursuing any claim held against the Vessel, and such delay continues to prejudice Plaintiff because the lien remains a cloud on the title to the Vessel and impairs the use and marketability of the Vessel. Accordingly, MEI's lien is barred by laches.

## COUNT VII

### (North Sea Refrigeration Inc. Claim)

17.     North Sea Refrigeration Inc. ("NSR") filed a Notice of Claim of Maritime Lien, for $3,136.13 against the Vessel with the United States Coast Guard on January 5, 1998. This lien was incurred while the Vessel was owned by AKW. NSR has had reasonable opportunity to enforce the lien, but has done nothing.

18.     After due investigation and in light of the passage of time, Plaintiff has been unable to ascertain the facts and circumstances relating to NSR's

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

claim.  NSR has unreasonably delayed in pursuing any claim held against

the Vessel, and such delay continues to prejudice Plaintiff because the lien

remains a cloud on the title to the Vessel and impairs the use and

marketability of the Vessel. Accordingly, NSI's lien is barred by laches.

## COUNT VIII

### (Progressive Fisheries, L.L.C. Claim)

19.     Progressive Fisheries, L.L.C. ("Progressive") filed a Notice of

Claim of Maritime Lien, for $25,000 against the Vessel with the United

States Coast Guard on October 10, 1997. This lien was incurred while the

Vessel was owned by AKW Fisheries, Inc.  Progressive has had reasonable

opportunity to enforce the lien, but has done nothing.

20.     After due investigation and in light of the passage of time, Plaintiff

has been unable to ascertain the facts and circumstances relating to

Progressive's claim.  After due investigation and in light of the passage of

time, Plaintiff has been unable to ascertain the facts and circumstances

relating to Progressive's lien. Progressive has unreasonably delayed in

pursuing any claim held against the Vessel, and such delay continues to

prejudice Plaintiff because the lien remains a cloud on the title to the

COMPLAINT
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.
Page 8 of 9

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008  |  FAX (206) 340-0289

Vessel and impairs the use and marketability of the Vessel. Accordingly,

Progressive's lien is barred by laches.

**WHEREFORE,** Gunn Pacific Reflection, LLC prays that the Court

declare and award as follows:

1. Declare that the Vessel PACIFIC REFLECTION is not subject to any

maritime lien or Notice of Claim of Maritime Lien of any of the

defendants.

2. Award Plaintiff its reasonable attorney fees and costs pursuant to 46

USC § 31343(c)(2) in the amount of $500.00 against each of the

defendants individually.

3. Enter such other and further relief as the court deems reasonable and

just.

DATED this 9th day of August, 2018.

HOLMES WEDDLE & BARCOTT, P.C.

s/ Lafcadio Darling
Lafcadio H. Darling, Esq., SBN 205631
999 Third Avenue, Suite 2600
Seattle, Washington 98104
T: (206) 292-8008 | F: (206) 340-0289
Email: ldarling@hwb-law.com
Attorney for Plaintiff Gunn Pacific
Reflection LLC

COMPLAINT
Gunn Pacific Reflection LLC v. Asbjorn Johnsen, et al.
Page 9 of 9

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

Case 2:18-cv-06842-Document21-2 Filed 08/09/18 Page 1 of 3 Page ID #:1

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| GUNN PACIFIC REFLECTION LLC, a Washington limited liability company, | ASBJORN JOHNSEN, an individual et al. |

| (b) County of Residence of First Listed Plaintiff<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant<br>*(IN U.S. PLAINTIFF CASES ONLY)* |
|---|---|
| (c) Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.<br><br>Lafcadio Darling / Holmes Weddle & Barcott, PC<br>999 Third Avenue, Suite 2600, Seattle, WA 98104<br>Telephone: (206) 292-8008 / ldarling@hwb-law.com | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
46 U.S.C. § 31343 and within the meaning of Fed. R. Civ. P. 9(h).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☒ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **TORTS** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | **PERSONAL PROPERTY** | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

| FOR OFFICE USE ONLY: | Case Number: | |
|---|---|---|
| CV-71 (05/17) | CIVIL COVER SHEET | Page 1 of 3 |

Case 2:18-cv-06842-ODW-JPR   Document 1   Filed 08/09/18   Page 2 of 21   Page ID #:2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br><br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br><br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below.  ↓ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above:  ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (05/17)                                   CIVIL COVER SHEET                                   Page 2 of 3

Exh. 2 to ASF Declaration, page 19 of 21

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?      ☒ NO      ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?

☒ NO      ☐ YES

If yes, list case number(s): _____

Civil cases are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

---

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** /s/Lafcadio H. Darling          DATE:  8/9/18

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

---

# SERVICE OF PROCESS



Corporation Division
www.oregon.gov/business

Date of Service: 9-13-2018

OREGON SECRETARY OF STATE

---

| File No. | File Category | Type of Document |
|---|---|---|
| **11344** | **Legal Services** | Summons / Complaint |

Entity Served   CAPTAIN'S ADJUSTING SERVICES, INC., ET AL

Case   GUNN PACIFIC REFLECTION LLC, PLAINTIFF

V.

CAPTAIN'S ADJUSTING SERVICES, INC., ET AL, DEFENDANTS



Attorney Name   LAFCADIO H. DATLING AND JOHN E. CASPERSON
Address   999 THIRD AVENUE, SUITE 2600
City ST Zip   SEATTLE                    WA      98104
Person Delivering the Service

Recorded

Sale to be held

Court   USDC CENTRAL DISTRICT OF CALIFORNIA

Docket Number   2:18-CV-06842

| Date of Service | How Delivered | Validation Number |
|---|---|---|
| 9/13/2018 | Certified Mail | 9-13-18 12 3 20 |